**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                          No. 2:12CV00096 JLH

RANDALL KNIGHT; BECKY KNIGHT;
TOMMY SIMS; CHERYL SIMS;
and BANK OF MCCRORY                                                                DEFENDANTS

## ORDER

      Fletcher C. Lewis has filed a motion to withdraw as counsel of record for separate defendants

Randall Knight, Becky Knight, Tommy Sims, and Cheryl Sims.  The motion is GRANTED.

Document #7.  Marian Major McMullan has entered her appearance as counsel of record for separate

defendants Randall Knight, Becky Knight, Tommy Sims, and Cheryl Sims in this action.  Fletcher C.

Lewis will continue as counsel in this action for Bank of McCrory.

      IT IS SO ORDERED this 28th day of August, 2012.

_J. Leon Holmes_

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE